In the Matter of the Claim of DAVID L. HAROLD, Respondent. LEONARD'S TRANSPORTATION, Appellant; COMMISSIONER OF LABOR, Respondent.

Submitted January 4, 2016; decided February 23, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of LEON R. KOZIOL, a Suspended Attorney, Appellant. COMMITTEE ON PROFESSIONAL STANDARDS, Respondent.

Decided February 23, 2016

Appeal, insofar as taken from that portion of the Appellate Division order denying the part of the motion seeking to vacate prior orders of suspension, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; appeal otherwise dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Judges STEIN and FAHEY taking no part.

THE MINISTERS AND MISSIONARIES BENEFIT BOARD, Interpleader Plaintiff, v LEON SNOW et al., Appellants. ESTATE OF CLARK FLESHER et al., Respondents.

Submitted January 25, 2016; decided February 23, 2016

See 780 F3d 150.

Motion for reargument denied. [see 26 NY3d 466 (2015)].

Chief Judge DIFIORE and Judge GARCIA taking no part.